# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Rome Research Corporation

06-377 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Daniel B. Abrahams

Firm Name: Epstein Becker & Green, P.C.

Post Office Box:

Street Address: 1227 25th Street, N.W., Suite 700

City-State-Zip: Washington, D.C. 20037

Telephone & Facsimile Numbers: (202) 861-0900 (office) 202-296-2882 (fax)

E-mail address: dabrahams@ebglaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $830,725 (or to be determined)

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005