# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ROME RESEARCH CORPORATION, Plaintiff, | ) | No. 06-377 C |
| v. | ) | Filed July 11, 2006 |
| THE UNITED STATES, Defendant. | ) | |

## ORDER

On July 10, 2006, the parties filed a joint motion to stay proceedings (docket entry 5) in the above-captioned case. The parties request a stay pending the resolution of a similar although technically unrelated case in the United States Court of Appeals for the Federal Circuit ("CAFC"), *Lear Siegler Services, Inc. v. Rumsfeld*, CAFC Case No. 06-1080. The parties in *Lear Siegler* have presented the CAFC with conflicting interpretations of the contract clause set forth at section 52.222-43 of the Federal Acquisition Regulation ("FAR"), entitled "Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Multiple Year and Option Contracts) (May 1989)" ("SCA Price Adjustment Clause"). Plaintiff contends that the SCA Price Adjustment Clause "is central to many of the issues in this case." Joint Mot. to Stay at 2. The parties represent that "the Federal Circuit's decision in *Lear Siegler* may materially affect this Court's determination respecting significant elements of this case" and that it would therefore be prudent and efficient to stay this case pending resolution of *Lear Siegler*. *Id*. at 3.

In light of the above, the parties' joint motion to stay proceedings is hereby GRANTED. This case shall be STAYED pending resolution by the CAFC of *Lear Siegler Services, Inc. v. Rumsfeld*, CAFC Case No. 06-1080. The parties shall file a joint status report **no later than seven days** after the CAFC issues its decision in *Lear Siegler*.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge