**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant | Case No. 1:06-cv-377<br><br>Judge George W. Miller |

**JOINT STATUS REPORT**

Pursuant to this Court's July 11, 2006 order, the parties respectfully submit this joint status report advising the Court that the United States Court of Appeals for the Federal Circuit has issued a decision in Lear Siegler Services. Inc. v. Rumsfeld, No. 06-1080. A copy of that decision is attached. The parties request that the Court continue the stay until any further appeals are exhausted.[1]

In their motion for a stay, the parties advised the Court that the decision in Lear Siegler could have a significant impact upon the litigation of this case because the principal issue on appeal in that case concerns the entitlement to price adjustments for the increased costs associated with providing health and welfare benefits on a defined benefit basis. That is a major issue in the present action as well. Although the Court ruled in favor of the contractor in Lear Siegler, the Government still

[1] If the Court does not extend the stay of these proceedings, defendant respectfully requests that the Court grant the Government leave to file its response to the complaint on or before October 3, 2006. Had this case not been previously stayed, our response would have been due July 10, 2006. The purpose of this request is to allow the agency additional time to prepare the required litigation report and to provide counsel of record for the Government time necessary to review the report, confer with appropriate agency personnel and prepare the Government's response to the complaint. Plaintiff does not oppose this request.

has the option to seek further appellate review. The parties believe that it is appropriate to extend the stay until all appeals, if any, are exhausted - including, but not limited to, any request for a panel rehearing or rehearing en banc - and that doing so may result in a significant savings of the parties' and Court's time and resources.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court extend the stay in this matter until all further appellate review is exhausted.

Respectfully submitted,

s/
DANIEL B. ABRAHAMS
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 600
Washington, D.C. 20037
Tel: (202) 861-1854

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director

s/
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Dated: August 3, 2006

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of August 2006, a copy of the foregoing **"Joint Status Report"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Daniel B. Abrahams