# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-377 C<br><br>Filed August 4, 2006 |

**ORDER**

In accordance with the Court's Order of July 11, 2006, the parties filed a joint status report on August 3, 2006 in which the parties notified the Court that the United States Court of Appeals for the Federal Circuit ("CAFC") has issued a decision in *Lear Siegler Services, Inc. v. Rumsfeld*, CAFC Case No. 06-1080. The parties request that the Court continue the stay of proceedings in this case pending the exhaustion of any further appeals in *Lear Siegler*, including, but not limited to, any request for a panel rehearing or rehearing *en banc*.

In light of the above, the parties' request to continue the stay of proceedings is hereby GRANTED. The case shall remain stayed until the exhaustion of any further appeals in *Lear Siegler*. The parties shall file a joint status report **no later than seven days** after the exhaustion of all further appeals in that case.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge