# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant | Case No. 06-377C<br><br>Judge George W. Miller |

## JOINT STATUS REPORT

Pursuant to this Court's order of August 4, 2006, directing the parties to file a status report following the exhaustion of all appeals in the Lear Siegler Services, Inc. v. Rumsfeld, Fed. Cir. No. 06-1080, the parties respectfully submit this joint status report. Although the time to appeal in Lear Siegler has not yet expired, counsel of record for the Government in the present case represents that he has been advised that no further appellate review will be sought.

However, the parties believe that they may be able to settle the present action. Therefore, they respectfully request that the stay in this case be extended for an additional 60 days to enable them to explore settlement. If settlement discussions break down, the parties will submit another status report indicating how they believe the case should proceed.

Respectfully submitted,

***s/Daniel B. Abrahams***

DANIEL B. ABRAHAMS
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 600
Washington, D.C. 20037
Tel: (202) 861-1854

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant Snee by SJG***

BRYANT G. SNEE
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 22nd day of September 2006, a copy of the foregoing **"Joint Status Report"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/Daniel B. Abrahams***
Daniel B. Abrahams