# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION, Plaintiff, | No. 06-377 C |
| v. | |
| THE UNITED STATES, Defendant. | Filed September 25, 2006 |

**ORDER**

In accordance with the Court's Order of August 4, 2006, the parties filed a joint status report on September 25, 2006, in which the parties notified the Court that, although the time to appeal the decision of the Court of Appeals for the Federal Circuit ("CAFC") in *Lear Siegler Services, Inc. v. Rumsfeld*, CAFC Case No. 06-1080, has not yet expired, counsel for the defendant has been advised that no further appellate review will be sought. The parties believe, however, that they may be able to settle the present action, and request that the Court continue the stay for an additional 60 days to allow them to explore settlement. If the settlement negotiations break down, the parties intend to submit another joint status report indicating how they believe the case should proceed.

In light of the above, the parties' request to continue the stay of proceedings is hereby GRANTED. The case shall remain stayed until **Monday, November 27, 2006**. The court FURTHER ORDERS that, If settlement negotiations break down, the parties shall file a joint status report indicating how they believe the case should proceed not later than **Monday, December 4, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge