# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION, | No. 06-377 C |
| Plaintiff, | |
| v. | Filed December 6, 2006 |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

In accordance with the Court's Order of September 25, 2006, the parties filed a joint status report on December 4, 2006, in which the parties notified the Court that they have agreed in principle to a proposed settlement that would resolve a substantial part of the case, and which can be recommended to the authorized representative of the Attorney General. The parties are still engaged in negotiations regarding plaintiff's unresolved claims, but are hopeful that those claims, too, can be settled. The parties requested that the Court set a deadline of January 12, 2006, for defendant to respond to whatever portion of the complaint remains in the case as of that date.

In light of the above, the parties' request to continue the stay of proceedings is hereby GRANTED. The case shall remain stayed until **Friday, January 12, 2007**. The Court FURTHER ORDERS that defendant file and serve a response to whatever portion of the complaint remains in the case on or before **Friday, January 12, 2007**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge