**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant | Case No. 1:06-cv-377<br><br>Judge George W. Miller |

**CONSENT MOTION TO EXTEND TIME**
**FOR FILING JOINT PRELIMINARY STATUS REPORT**

Plaintiff Rome Research Corporation, with the consent of the Defendant, United States, respectfully requests a brief extension of the deadline for submitting the Parties' Joint Preliminary Status Report. Counsel for the Parties have conferred and have reached preliminary agreement on the required elements of the report, including a proposed schedule for discovery; however, internal client and Department of Justice approval needs to be finalized before a joint, agreed report may be submitted. The Parties anticipate that this approval will be obtained and that their report will be filed on or before Friday, March 23, 2007.

## CONCLUSION

For the foregoing reasons, Plaintiff, with the consent of the Defendant, respectfully requests that the Court extend the time for filing the Joint Prelinary Status Report in this matter until March 23, 2007.

Respectfully submitted,

s/ ________________________________

DANIEL B. ABRAHAMS
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 600
Washington, D.C. 20037
Tel: (202) 861-1854

Dated: March 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of March, 2007, a copy of the foregoing **"Consent Motion to Extend Time for Filing Joint Preliminary Status Report"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ________________________

Daniel B. Abrahams