# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-377 C<br>Filed March 27, 2007 |

## ORDER

On March 23, 2007, the parties filed a joint preliminary status report (docket entry 16) pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("Appendix A"). The parties explained what they considered the relevant factual and legal issues to be addressed, but were unable to agree on a schedule for discovery. The Court contacted the parties with regard to scheduling a preliminary scheduling conference pursuant to Appendix A ¶ 7 in order to determine the appropriate schedule for discovery and for the parties to provide the Court with more information about their positions.

In light of the foregoing, the Court ORDERS that the parties shall participate in a preliminary scheduling conference on **Tuesday, April 10, 2007, at 2:30 p.m.** at the National Courts Building, 717 Madison Pl., NW, Washington, D.C. After the preliminary scheduling conference, the Court will enter a scheduling order pursuant to Appendix A ¶ 8.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge