# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-377 C<br><br>Filed April 11, 2007 |

**ORDER**

Pursuant to the Court's order filed March 27, 2007, the parties participated with the Court in a preliminary scheduling conference on April 10, 2007. In light of the discussion at the conference, the Court does hereby ORDER:

1) The parties shall file a joint report by **Tuesday, May 8, 2007** on the results of the DCAA audit of costs incurred by plaintiff and of the parties' efforts to reach: A) a global settlement of plaintiff's health and welfare, gross receipts and overtime claims; and B) in the absence of such a global settlement, a settlement of plaintiff's health and welfare claim, which the Government recognizes, without prejudice to its ultimate position, appears at this stage and in light of *Lear Siegler* to pose only an issue of quantum.

2) The parties shall participate with the Court in a further status conference on **Tuesday, May 15, 2007 at 10 a.m. at the National Courts Building**. If the parties are not in a position to report in their May 8 filing that the case has been in all respects settled, the Court will, after further consultation with the parties at the May 15 status conference, enter an order scheduling further pre-trial proceedings, including without limitation, a deadline for the completion of discovery with respect to plaintiff's remaining claims, the filing by either side of dispositive motions (if any), and, if necessary, the completion of the pre-trial activities contemplated by paragraphs 11-18 of Appendix A to the Rules of the Court of Federal Claims. The order will also set dates for the pre-trial conference and for trial.

3) Counsel reported at the conference that plaintiff had recently served certain discovery requests on defendant seeking information relating to plaintiff's theories based on a course of dealing. The Court FURTHER ORDERS that: A) counsel shall confer with a view toward reaching agreement on the scope of such discovery requests and on the timing of the

Government's responses, and B) if the case has not been settled, counsel shall confer in advance of the May 15 conference and be prepared to describe at that conference with specificity the additional discovery they believe that they will need, the reasons therefor, and the timing of their responses to the discovery to be sought by their adversary.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge