# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-377 C<br><br>Filed May 15, 2007 |

## ORDER

Pursuant to the Court's order filed April 11, 2007, the parties participated with the Court in a status conference on May 15, 2007.

The Court discussed with counsel a proposed schedule for further proceedings. In light of that discussion the Court does hereby **ORDER** that:

1) The parties shall complete discovery by **Friday, August 17, 2007.** No extension of this deadline will be granted except in the most compelling circumstances. In this regard, the parties shall complete fact discovery by **Monday, July 16, 2007**, they shall exchange expert reports, if any, by **Monday, July 30, 2007**, and they shall complete expert discovery by **Friday, August 17, 2007.**

2) Counsel shall meet and accomplish the tasks described in paragraph 13 of Appendix A to the Court's Rules by **Friday, August 24, 2007.**

3) Plaintiff shall file its memorandum of contentions of fact and law, witness list and exhibit list in accordance with paragraphs 14 – 16 of Appendix A by **Friday, August 31, 2007.** Plaintiff shall also file any motion for summary judgment by the same date.

4) Defendant shall file its memorandum of contentions of fact and law, witness list and exhibit list in accordance with paragraphs 14 – 16 of Appendix A by **Friday, September 14, 2007.** Defendant shall also file its opposition to plaintiff's motion for summary judgment and any cross-motion by the same date.

5) Each party shall cause two copies of its trial exhibits to be delivered to chambers by **Monday, September 17, 2007.**

6) Each party shall file any motions in limine and objections to the trial exhibits of the other party by **Friday, September 28, 2007.** Plaintiff shall also file its opposition to defendants's cross-motion and its reply in support of its motion by the same date.

7) Each party shall file any oppositions to the other party's motions in limine and responses to the other party's objections to trial exhibits by **Friday, October 5, 2007.** Defendant shall also file its reply in support of its cross-motion by the same date.

8) The pretrial conference will be held on **Monday, October 15, 2007 beginning at 10 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.** The Court will file prior to the pretrial conference a proposed order governing trial procedures. The parties will file prior to the pretrial conference a stipulation setting forth all the factual matters as to which they agree, in accordance with paragraph 17 of Appendix A. The Court and counsel will consider consolidating the trial exhibits listed by both parties into a set of joint exhibits, in accordance with paragraph 18 of Appendix A. After consultation with counsel, the Court will finalize the order governing pretrial procedures, rule on any motions in limine, rule (to the extent possible in advance of trial) on any objections to trial exhibits, and rule on any motions for summary judgment.

9) Trial will commence at **9:30 a.m. on Monday, October 22, 2007**, at a location to be proposed by the parties at or before the close of discovery. Such location shall be chosen with a view toward accommodating the convenience of the parties and witnesses.

10) The Court will set aside the week of October 22, 2007 for the conduct of the trial, expecting, however, that the trial will not take the entire week.

In accordance with the statements in plaintiff's status report filed May 8, 2007 (docket entry 19) regarding plaintiff's plan to move as soon as possible for summary judgment on the H&W cost issues, and in light of the discussion at the status conference on May 15, 2007, the Court wishes to make clear that if the parties are able promptly to enter into a stipulation of the pertinent facts and thereby permit a motion for summary judgment to be filed at an earlier date than that indicated in the foregoing schedule (see paragraph 3 above), the Court would entertain a request to modify the schedule accordingly.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge