# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ROME RESEARCH CORPORATION, | ) | No. 06-377 C |
| Plaintiff, | ) | |
| v. | ) | Filed June 5, 2007 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## ORDER
## AUTHORIZING ELECTRONIC FILING OF SEALED DOCUMENTS

Pursuant to paragraph I.7. of General Order 42A, the parties are hereby authorized to file sealed documents electronically. A document containing protected information may be filed electronically under the court's electronic case filing system using the appropriate activity listed in the "**SEALED**" documents menu.

s/ George W. Miller
GEORGE W. MILLER
Judge