# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION, | No. 06-377 C |
| Plaintiff, | |
| v. | Filed June 5, 2007 |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On June 4, 2007, plaintiff filed and served its Motion for Entry of Protective Order and to Grant Applications for Access to Protected Information (docket entry 22). Daniel B. Abrahams and Howard A. Wolf-Rodda are attorneys with the law firm of Epstein, Becker & Green PC. Mr. Abrahams is a member of the bar of the United States Court of Federal Claims and is counsel of record for plaintiff. Mr. Wolf-Rodda is appearing of counsel with Mr. Abrahams. Messrs. Abrahams and Wolf-Rodda function solely as legal counsel for plaintiff and are not involved in competitive decision-making.

Under the protective order (docket entry 23), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, plaintiff's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge