# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-377 C<br>Filed July 10, 2007 |

**ORDER**

The parties participated with the Court in a telephonic status conference on Monday, July 9, 2007, to discuss defendant's motion for enlargements of time (docket entry 26) filed July 9, 2007. In consideration of the discussion during the status conference, the Court hereby ORDERS as follows:

1) Defendant shall produce to plaintiff the remaining documents responsive to plaintiff's requests for production of documents, as referred to during the status conference, by close of business **Wednesday, July 11, 2007.**

2) Defendant shall serve a statement of its objections, if any, to plaintiff's first request for admissions, second set of interrogatories, and requests for production of documents by **Monday, July 16, 2007.**

3) Defendant shall serve its narrowly focused discovery requests by **Monday, July 16, 2007** and shall provide a copy of such requests to Chambers on the same date.

4) The parties shall participate with the Court in a further telephonic status conference on **Tuesday, July 17, 2007 at 10 a.m.** The Court will initiate the call. One purpose of the status conference will be to discuss a timetable for defendant to furnish to plaintiff substantive responses to plaintiff's discovery requests identified in paragraph 2 above. In the meantime, the Court reserves judgment on defendant's motion for enlargements of time to respond to plaintiff's first request for admissions and second set of interrogatories and requests for production of documents. In view of the Government's representations regarding the need to obtain substitute agency counsel and its intention not to retain any outside expert witnesses, the Court is inclined to grant defendant's motion to extend the deadline for completion of fact

discovery until Friday, August 17, 2007, but the Court will also reserve judgment on that motion, pending the July 17, 2007 status conference.

5) The parties shall also be prepared at the July 17 status conference to identify the persons whose depositions they wish to take and to propose an agreed schedule for accomplishing such depositions.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge