# In the United States Court of Federal Claims

| | |
|---|---|
| ROME RESEARCH CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-377 C<br><br>Filed July 17, 2007 |

**ORDER**

The parties participated with the Court in a telephonic status conference on July 17, 2007, to discuss the subjects described in the Court's order of July 10, 2007 (docket entry 27). As a result of that discussion, the Court hereby **ORDERS** as follows:

1) The parties shall cause to be hand-delivered to chambers by **Friday, July 20, 2007**, copies of defendant's objections to plaintiff's discovery requests served July 16 and the discovery requests to which such objections relate.

2) Having served its objections on July 16, defendant shall serve its substantive responses to plaintiff's discovery requests to which its objections relate in installments as the requisite information becomes available to counsel, but no later than on the following schedule: first installment -- **Friday, July 20, 2007**; second installment -- **Tuesday, July 24, 2007**; and third installment -- **Wednesday, July 25, 2007**.

3) The parties shall file a joint status report on **Monday, July 23, 2007**, setting forth an agreed schedule for accomplishing by August 17, 2007, the deposition discovery described in paragraph 5 of the Court's order of July 10, 2007.

4) The parties shall participate with the Court in a further status conference at **10:00 a.m. on Thursday, July 26, 2007**. One purpose of the status conference shall be to rule on defendant's objections served July 16, 2007, to the extent such objections have not been resolved by the parties prior to that time. The Court will initiate the call.

5) Plaintiff shall respond to defendant's first set of interrogatories and first request for production of documents, served July 16, 2007, by **Friday, August 17, 2007.**

6) The Court grants defendant's motions for enlargement of time (docket entry 26) to the extent that: (1) the discovery deadline is extended until August 17, 2007, and (2) defendant shall serve its substantive responses to plaintiff's discovery requests on the schedule set forth in paragraph 2 above. All other deadlines set forth in the Court's order of May 15, 2007 (docket entry 24) shall remain in full force and effect.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge