IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROME RESEARCH CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-377C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's July 17, 2007 order, defendant, the United States, respectfully submits the following status report upon behalf of the parties. The parties have scheduled depositions as follows:

Benjamin Farmer – August 6, 2007 at 10 AM;

Paul Costantino – August 6, 2007 at 12 PM;

Joseph Cook – August 6, 2007 at 2 PM;

A. Clemente – August 6, 2007 at 4 PM;

C. Diane Truman – August 7, 2007 at 2 PM;

Gerrie Thorton – August 8, 2007 at 2 PM PDT.;

Sheila Wasson – August 9, 2007 at 9 AM PDT;

Elena Gertes – August 9, 2007 at 2 PM PDT.

Rome Research Corp. – August 15 and/or August 16, 2007.

The parties reserve the right to conduct, or seek to conduct, additional depositions if they determine it is necessary. Plaintiff's counsel has reviewed this status report and agrees with its contents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant G. Snee by SJG***
BRYANT G. SNEE
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Fax: (202) 353-7988

Attorneys for Defendant

July 23, 2007

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 23rd day of July 2007, the "JOINT STATUS REPORT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder