**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

| | |
|---|---|
| **ROME RESEARCH CORPORATION,** *Plaintiff,* <br> *v.* <br> **THE UNITED STATES,** *Defendant.* | **No. 06-377C** <br> (Judge George W. Miller) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

By mutual agreement of the parties in this case and pursuant to Rule 41(a) of the Rules of the Court of Federal Claims, Plaintiff, Rome Research Corp., and Defendant, United States, hereby stipulate to the dismissal without prejudice all of the claims asserted herein. Each party will bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

Dated: August 13, 2007

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant G. Snee by SJG***

Bryant G. Snee
Deputy Director

***s/Richard P. Schroeder***

Richard Schroeder, Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
(202) 305-7788

Attorneys for Defendant

**s/ *Daniel B. Abrahams***

Daniel B. Abrahams

*Of Counsel:*

***s/ Howard A. Wolf-Rodda***

Howard A. Wolf-Rodda
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 861-0900
Facsimile: (202) 296-2882
Attorneys for Plaintiff
Rome Research Corporation

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 13th day of August 2007, a copy of the foregoing **"Joint Stipulation of Dismissal Without Prejudice"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Daniel B. Abrahams***

Daniel B. Abrahams